IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3235 |
| v. | ) ) | |
| D. M. DOZERS, INC., an Oklahoma Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

This case is reinstated to the active civil docket, and

1.  A telephone planning conference with counsel is set for October 10, 2007 at 9:00 a.m. with the undersigned magistrate judge.  Plaintiff's counsel shall initiate the call.

2.  Trial is tentatively scheduled for January, 2008 before the Honorable Warren K. Urbom.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge