IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3235 |
| v. | ) ) | |
| D. M. DOZERS, INC., an Oklahoma Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The final pretrial conference on March 13, 2008 at 11:00 a.m. will be held in **Omaha** before the Honorable F. A. Gossett in his chambers, Suite 2210, 111 South 18th Plaza, Omaha, Nebraska 68102.

Trial remains set in Lincoln before The Honorable Warren K. Urbom, United States Senior District Judge, as previously scheduled on March 24, 2008.

DATED this 19th day of February, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge