IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY f/k/a WESTERN PLAINS CONSTRUCTION COMPANY, a Nebraska Corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>D. M. DOZERS, INC., an Oklahoma Corporation; and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Defendants. | Case No. 4:06-CV-3235<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

THIS MATTER is before the Court on the Joint Stipulation to Dismiss All Claims with Prejudice by the parties (Filing No. 53).  Being fully advised in the premises, the Court orders that all claims are dismissed, with prejudice, with each party to pay their own costs and attorney's fees.

**Dated June 2, 2008.**

                                **BY THE COURT:**

                                s/ Warren K. Urbom
                                **United States Senior District Judge**